**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-1085-VAP (FFMx)                                    Date:  July 13, 2009

Title:   U.S. BANK NATIONAL ASSOCIATION, etc.-v- MERCEDES VILLA AVALOS
==========================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

      Marva Dillard                                                         None Present
      Courtroom Deputy                                             Court Reporter

ATTORNEYS PRESENT FOR                         ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                DEFENDANTS:

      None                                                                      None

PROCEEDINGS:        MINUTE ORDER: (1) GRANTING MOTION TO REMAND;
                               (2) VACATING JULY 27, 2009 HEARING (IN CHAMBERS)

      The Court has received and considered all papers filed in support of the Motion to Remand ("Motion") filed by Plaintiffs U.s. Bank National Association, as trustee for J.P. Morgan Mortgage Acquisition Corp. 2006-RMI who acquired title as U.S. Bank National Association, as Trustee for JPMAC 2006-RMI J.P. Morgan Chase Bank ("Plaintiff").  Plaintiff's Motion is appropriate for resolution without oral argument.  <u>See</u> Fed. R. Civ. P. 78; Local R. 7-15.  The Court VACATES the July 27, 2009 hearing.

      Plaintiff filed its Motion on July 2, 2009 to be heard on July 27, 2009.  Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the hearing of the motion.  Defendant Mercedes Villa Avalos represents herself and filed no timely

MINUTES FORM 11                                              Initials of Deputy Clerk __md___
CIVIL -- GEN                                     Page 1

EDCV 09-1085-VAP (FFMx)
U.S. BANK NATIONAL ASSOCIATION v MERCEDES VILLA AVALOS
MINUTE ORDER of July 13, 2009

opposition.  Under Local Rule 7-12, the Court finds Defendant has consented to granting the Motion.

The Court also finds it lacks jurisdiction as the Complaint, for unlawful detainer, contains no claim arising under federal law and the amount in controversy does not exceed $10,000.  Plaintiff's claim is remanded.

**IT IS SO ORDERED.**